**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRIAN J. HUBER,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>ESSEX ELECTRO ENGINEERS, LLC.,  )<br>)<br>Defendant.  ) | No: 17 CV 6222<br><br>JURY DEMAND |

# PLAINTIFF;S EXHIBIT A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | 440-2017-00090 |

and EEOC

State or local Agency, if any | S.S. No.

**NAME** (Indicate Mr., Ms., Mrs.): Mr. Brian J. Huber
**HOME TELEPHONE** (Include Area Code): (847) 428-2851
**STREET ADDRESS / CITY, STATE AND ZIP CODE**: 6653 Majestic Way, Carpentersville, Illinois 60110
**DATE OF BIRTH**: 11/4/1957

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Essex Electro Engineers, Inc.,
**NUMBER OF EMPLOYEES, MEMBERS**: 15-100
**TELEPHONE** (Include Area Code): (847-891-4444
**STREET ADDRESS / CITY, STATE AND ZIP CODE**: 2015 Mitchell Blvd, Schaumburg, Illinois 60193
**COUNTY**: Cook

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ AGE
☐ RETALIATION ☐ NATIONAL ORIGIN ☒ DISABILITY ☐ OTHER (Specify) Hostile Environment

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA)    LATEST (ALL): April 22, 2016
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the Respondent on March 14, 2016. My most recent position was Director of Engineering. When my employer learned of my Disability (partial blindness) I was terminated from employment on April 22, 2016.

RECEIVED EEOC
OCT 06 2016
CHICAGO DISTRICT OFFICE

I believe that I have been discriminated against in violation of the American with Disabilities Act of 1990 as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

[signature] Brian Huber
Date 10/05/2016   Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)